UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ 07095
DAVID H. STEIN, ESQ.
(732) 636-8000
Attorneys for Debtor

In Re:

DUKAT, LLC,

　　　　　　　Debtor

Case No.: 21-14934

Adv. Pro. No.: _____

Chapter: 11

Hearing Date: 7/20/21

Judge: Ferguson

## ADJOURNMENT REQUEST

1. I, __David H. Stein, Esq.__,

   ☒ am the attorney for: __Dukat, LLC__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion for Entry of an Order Authorizing the Debtor to (i) Retain Matthew Schwartz, CPA of Bederson, LLP as Chief Restructuring Officer; (ii) to Appoint Chief Restructuring Officer Nunc Pro Tunc to Petition Date; and (iii) Granting Related Relief

   Current hearing date and time: July 20, 2021 at 10:00 a.m.

   New date requested: July 27, 2021

   Reason for adjournment request: An objection has been filed; Debtor is currently in discussions with the US Trustee and Subchapter V Trustee to resolve.

2. Consent to adjournment:

   ☒ I have the consent of all parties.　　☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: July 15, 2021                                   /s/ David H. Stein
                                                      Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted           New hearing date: 7/27/2021 at 10:00 a.m.      ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____      ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2