Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−14934−KCF
Chapter: 11
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dukat, LLC
   dba BMK Online, LLC, dba Tech to
   Commerce
   c/o On Spec
   95 Newfield Avenue
   Suite H
   Edison, NJ 08837

Social Security No.:

Employer's Tax I.D. No.:
   61−1582052

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on July 28, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 30 − 13
ORDER PURSUANT TO SECTIONS 105(a), 327 (a) AND 363(b) OF THE BANKRUPTCY CODE AUTHORIZING THE DEBTOR TO RETAIN MATTHEW SCHWARTZ, CPA OF BEDERSON, LLP AS FINANCIAL ADVISOR TO THE DEBTOR NUNC PRO TUNC TO THE PETITION DATE AND GRANTING RELATED RELIEF (Related Doc # 13). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/28/2021. (bwj)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 28, 2021
JAN: bwj

                                                                   Jeanne Naughton
                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 21-14934-KCF
Dukat, LLC                                                                                       Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                 User: admin                                                                 Page 1 of 2
Date Rcvd: Jul 28, 2021            Form ID: orderntc                                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| acc | + Bederson & Company, 347 Mt. Pleasant Avenue, West Orange, NJ 07052-2749 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2021                                    Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David H. Stein | on behalf of Debtor Dukat  LLC dstein@wilentz.com, ciarkowski@wilentz.com |
| David H. Stein | on behalf of Plaintiff Dukat  LLC dstein@wilentz.com, ciarkowski@wilentz.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Mark Politan | mpolitan@politanlaw.com |
| Ronald L. Daugherty | on behalf of Creditor Interline Brands Inc. dba Hardware Express rdaugherty@srstlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3     User: admin     Page 2 of 2
Date Rcvd: Jul 28, 2021     Form ID: orderntc     Total Noticed: 1
TOTAL: 6