| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: <br><br>DUKAT, LLC, <br><br>　　　　　Debtor. | Case No.: 21-14934 (KCF) <br><br> Adversary No.: <br><br> Chapter: 11 <br><br> Judge: Ferguson |

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Amazon Capital Services, Inc.
(Example: John Smith, creditor)

Old address: 2201 Westlake Avenue
Seattle, WA  98121

New address: 410 Terry Ave. N
Seattle, WA  98109

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: July 29, 2021

/s/ David H. Stein
Signature
David H. Stein, Esq.
Wilentz, Goldman & Spitzer, P.A.
Attorneys for Debtor

*rev.8/1/2021*