**WILENTZ, GOLDMAN & SPITZER P.A.**
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey  07095
(732) 636-8000
DAVID H. STEIN, ESQ.
*Attorneys for Debtor, Dukat, LLC*

| | |
|---|---|
| In re:<br><br>DUKAT, LLC,<br><br>          Debtor. | **UNITED STATES BANKRUPTCY COURT**<br>**FOR THE DISTRICT OF NEW JERSEY**<br><br>Chapter 11<br><br>Case No.: 21-14934 (KCF) |

## CERTIFICATION OF SERVICE

1.    I, DAVID H. STEIN, ESQ.:

☒ am a Shareholder of Wilentz, Goldman & Spitzer, P.A., attorneys for the Debtor, Dukat, LLC in the above-captioned matter.

☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2    On August 2, 2021, I caused to be sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    1.    Notice of Chapter 11 (Subchapter V) Bankruptcy Case;
    2.    Amended Schedule E/F and Declaration;
    3.    Order Respecting Amendment to Schedule D, E/F, G, H or List of Creditors;
    4.    Notice that no plan or disclosure statement has been filed in this matter to date, nor has any order been entered approving the adequacy of a disclosure statement and/or the scheduling of a plan for confirmation.

3.    I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: August 3, 2021

                        */s/ David H. Stein*
                        _____
                        David H. Stein, Esq.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| ABC/Amega<br>500 Seneca Street, Suite 400<br>Buffalo, NY 14204 | Additional Notice Party for Rackspace Technology | ☐ Overnight Mail<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| ACI Worldwide Corp.<br>6060 Coventry Drive<br>Elkhorn, NE 68022 | Added Creditor | ☐ Overnight Mail<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| ACI Worldwide Corp.<br>6060 Coventry Drive<br>Elkhorn, NE 68022 | Added Creditor | ☐ Overnight Mail<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Rackspace Technology<br>1 Fanatical Place<br>City of Windcrest<br>San Antonio, TX 78218 | Added Creditor | ☐ Overnight Mail<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

| | | |
|---|---|---|
| U.S. Small Business Administration<br>NJ District Office<br>Two Gateway Center, Suite 1002<br>Newark, NJ 07102 | Added Creditor | ☐ Overnight Mail<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |