UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SCARINCI HOLLENBECK, LLC**
1100 Valley Brook Avenue
PO Box 790
Lyndhurst, New Jersey 07071
(201) 896-7701 (Tel)
(201) 896-7084 (Fax)
dedelberg@sh-law.com
David Edelberg, Esq.
*Counsel to 36Lower, Inc.*

| In re: | Case No.: 21-14934 (KCF) |
|---|---|
| DUKAT, LLC, | Judge: Hon. Kathryn C. Ferguson |
| Debtor-in-Possession. | Chapter 11 (Subchapter V) |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

TO: ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that, pursuant to 11 U.S.C. Section 1109 (b) and Federal Rules of Bankruptcy Procedure 2002(i) and 9010(b), 36Lower, Inc., through its counsel, SCARINCI HOLLENBECK, LLC, hereby appears in the above captioned adversary proceeding and requests that all notices and all papers served or required to be served in these cases be served upon the following:

David Edelberg, Esq.
**SCARINCI HOLLENBECK, LLC**
1100 Valley Brook Avenue
Lyndhurst, NJ 07071
Phone: (201) 896-7701
Telecopier; (201) 896-8660
Email:  dedelberg@sh-law.com

4850-1539-3780, v. 1

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the rights of the foregoing party: (1) to have final orders in noncore matters entered only after de _novo_ review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other right, claim, action, setoff, or recoupment to which the above mentioned party may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

                                                **SCARINCI HOLLENBECK, LLC**
                                                Counsel to 36Lower, Inc.

                                        By:  /s/ David Edelberg
Dated:  August 2, 2021                    David Edelberg, Esq.