| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>ANSELL GRIMM & AARON, P.C.<br>Joshua S. Bauchner, Esq.<br>Seth M. Rosenstein, Esq.<br>Ansell Grimm & Aaron, P.C.<br>365 Rifle Camp Road<br>Woodland Park, New Jersey 07424<br>*Attorneys for Tarvisium Holdings, LLC and 45N12E, LLC* | |
| In re:<br><br>DUKAT, LLC,<br><br>            Debtor-in-Possession. | Case No.: 21-14934 (KCF)<br><br>Honorable Kathryn C. Ferguson, U.S.B.J.<br><br>Chapter 11 (Subchapter V) |
| DUKAT, LLC,<br><br>            Plaintiff,<br>v.<br><br>TARVISIUM HOLDINGS, LLC and 45N12E, LLC,<br><br>            Defendants. | Adv. Pro. No. 21-01315 (KCF) |

**PLEASE TAKE NOTICE** that Anthony J. D'Artiglio, Esq. of Ansell Grimm & Aaron, P.C., hereby enters his appearance as counsel for Tarvisium Holdings, LLC and 45N12E, LLC. Any and all future correspondence, pleadings or other documents, including any electronic filing related to this case should be forwarded to the following attorney:

Anthony J. D'Artiglio, Esq.
Ansell Grimm & Aaron, P.C.
365 Rifle Camp Road
Woodland Park, New Jersey 07424
973.247.9000
ajd@ansellgrimm.com

093292.000001.72987042

Dated: Woodland Park, New Jersey
August 4, 2021

                                      ANSELL GRIMM & AARON, P.C.

                                      *s/ Anthony J. D'Artiglio*
                                      Anthony J. D'Artiglio, Esq.

093292.000001.72987042