UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on September 17, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Dukat, LLC

Case No.:   21-14934

Chapter:    11 (Small Business Subchapter V)

Judge:      Kathryn C. Ferguson

### ORDER SETTING DEADLINES AND SCHEDULING CONFIRMATION HEARING

The relief set forth on the following page is **ORDERED**.

**DATED: September 17, 2021**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

1

This matter having been opened to the Court by _____Dukat, LLC_____, Debtor, upon the filing of a Small Business Plan pursuant to Subchapter V of Chapter 11; it is

**ORDERED**, and notice is hereby given, that:

A. Within 3 days after the entry of this Order, the Plan, a ballot conforming to Official Form 314, and a copy of this Order must be served on creditors, equity security holders, and other parties in interest by the Debtor, and shall be transmitted to the Subchapter V trustee and to the United States Trustee.

B. __October 21, 2021__ is fixed as the last day for filing and serving written objections to confirmation of the Plan.

C. __October 21, 2021__ is fixed as the last day for voting to accept or reject the Plan under D.N.J. LBR 3018-1(a).

D. A hearing will be scheduled for __October 28, 2021__ at __2:00 p.m.__ for confirmation of the Plan before the Honorable __Kathryn C. Ferguson__, United States Bankruptcy Court, District of New Jersey, __402 East State Street, Trenton, NJ 08608__, in Courtroom _2_.

*new.2/19/2020*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-14934-KCF |
| Dukat, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 17, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dukat, LLC, c/o On Spec, 95 Newfield Avenue, Suite H, Edison, NJ 08837-3824 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2021           Signature:           /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony J D'Artiglio | on behalf of Defendant Tarvisium Holdings LLC ajd@ansellgrimm.com, courtfilings@ansellgrimm.com;jb@ansellgrimm.com |
| Anthony J D'Artiglio | on behalf of 3rd Party Plaintiff 45N12E LLC ajd@ansellgrimm.com, courtfilings@ansellgrimm.com;jb@ansellgrimm.com |
| Anthony J D'Artiglio | on behalf of Creditor Tarvisium Holdings LLC ajd@ansellgrimm.com, courtfilings@ansellgrimm.com;jb@ansellgrimm.com |
| Anthony J D'Artiglio | on behalf of 3rd Party Plaintiff Tarvisium Holdings LLC ajd@ansellgrimm.com, courtfilings@ansellgrimm.com;jb@ansellgrimm.com |
| Anthony J D'Artiglio | on behalf of Defendant 45N12E LLC ajd@ansellgrimm.com, courtfilings@ansellgrimm.com;jb@ansellgrimm.com |
| Anthony J D'Artiglio | |

Case 21-14934-KCF    Doc 48    Filed 09/19/21    Entered 09/20/21 00:13:48    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 17, 2021 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor 45N12E LLC ajd@ansellgrimm.com, courtfilings@ansellgrimm.com;jb@ansellgrimm.com |
| David Edelberg | on behalf of Creditor Brian Schwartz dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com |
| David Edelberg | on behalf of 3rd Pty Defendant Ben Schwartz dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com |
| David Edelberg | on behalf of Creditor 36Lower Inc. dedelberg@sh-law.com, edelbergdr82964@notify.bestcase.com |
| David Edelberg | on behalf of 3rd Pty Defendant 36Lower Inc. dedelberg@sh-law.com, edelbergdr82964@notify.bestcase.com |
| David H. Stein | on behalf of Debtor Dukat LLC dstein@wilentz.com, ciarkowski@wilentz.com |
| David H. Stein | on behalf of Plaintiff Dukat LLC dstein@wilentz.com, ciarkowski@wilentz.com |
| Joshua S. Bauchner | on behalf of Creditor 45N12E LLC jb@ansellgrimm.com, courtfilings@ansellgrimm.com;ajd@ansellgrimm.com |
| Joshua S. Bauchner | on behalf of Creditor Tarvisium Holdings LLC jb@ansellgrimm.com, courtfilings@ansellgrimm.com;ajd@ansellgrimm.com |
| Joshua S. Bauchner | on behalf of Defendant 45N12E LLC jb@ansellgrimm.com, courtfilings@ansellgrimm.com;ajd@ansellgrimm.com |
| Joshua S. Bauchner | on behalf of Defendant Tarvisium Holdings LLC jb@ansellgrimm.com, courtfilings@ansellgrimm.com;ajd@ansellgrimm.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Mark Politan | mpolitan@politanlaw.com |
| Mark Politan | on behalf of Trustee Mark Politan mpolitan@politanlaw.com |
| Ronald L. Daugherty | on behalf of Creditor Interline Brands Inc. dba Hardware Express rdaugherty@srstlaw.com |
| Seth Michael Rosenstein | on behalf of Creditor 45N12E LLC smr@ansellgrimm.com, courtfilings@ansellgrimm.com;DeborahKB@ansellgrimm.com |
| Seth Michael Rosenstein | on behalf of Defendant Tarvisium Holdings LLC smr@ansellgrimm.com, courtfilings@ansellgrimm.com;DeborahKB@ansellgrimm.com |
| Seth Michael Rosenstein | on behalf of Creditor Tarvisium Holdings LLC smr@ansellgrimm.com, courtfilings@ansellgrimm.com;DeborahKB@ansellgrimm.com |
| Seth Michael Rosenstein | on behalf of Defendant 45N12E LLC smr@ansellgrimm.com, courtfilings@ansellgrimm.com;DeborahKB@ansellgrimm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 25