| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> WILENTZ, GOLDMAN & SPITZER, P.A. <br> 90 Woodbridge Center Drive <br> Suite 900, Box 10 <br> Woodbridge, NJ  07095 <br> 732-636-8000 <br> DAVID H. STEIN, ESQ. <br> *Attorneys for Debtor* | |
| In Re: <br><br> **DUKAT, LLC, ,** <br><br> *Debtor.* | Case No.: 21-14934 (KCF) <br><br> Chapter 11 (Subchapter V) <br><br> Hon. Kathryn C. Ferguson <br><br> Hearing date: October 26, 2021 <br> at 10:00 a.m. |

### NOTICE OF DEBTOR'S MOTION TO ESTIMATE AND/OR FIX CLAIM OF TARVISIUM HOLDINGS, LLC AND 45N12E, LLC PURSUANT TO 11 U.S.C. § 502(c)(1) AND FED. R. BANKR. P 3018 (a)

**TO:**   Seth M. Rosenstein
Ansell Grimm & Aaron, P.C.
365 Rifle Camp Road
Woodland Park, NJ 07424
*Attorneys for Tarvisium Holdings, LLC and*
*45N12E, LLC*

**PLEASE TAKE NOTICE** that on October 26, 2021, at 10:00 a.m., or as soon thereafter as counsel may be heard, Dukat, LLC (the "Movant"), by and through its counsel, Wilentz, Goldman & Spitzer, P.A., shall move before the Honorable Kathryn C. Ferguson, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of New Jersey, U.S. Courthouse, 402 East State Street, Trenton, New Jersey  08608, for entry of an Order pursuant to Section 502(c)(1) of the Bankruptcy Code and Fed. R. Bank. P.3018(a) estimating and/or fixing the claim of Tarvisium Holdings, LLC and 45N12E, LLC (the "Motion").

#12604620.1 172932/001

**PLEASE TAKE FURTHER NOTICE** that in support of the within Motion, the Movant shall rely upon the Certification of David H. Stein, Esq. and Memorandum of Law submitted herewith, oral argument of counsel, if any, the record of the proceedings, and such testimony as the Court shall require or allow.

**PLEASE TAKE FURTHER NOTICE** that, objections, if any, to the relief requested must be made in writing and in the form prescribed by the Federal Rules of Bankruptcy Procedure and the District of New Jersey Local Bankruptcy Rules, and must be filed with this Court and served upon counsel to the Movant, Wilentz, Goldman & Spitzer, 90 Woodbridge Center Drive, Woodbridge, New Jersey 07095 (**Attn: David H. Stein, Esq**.) so as to be received within the time required by the Rules of Court.

**PLEASE TAKE FURTHER NOTICE** that, in the event that timely objections are not filed with the Court and served upon the undersigned counsel as provided in District of New Jersey Local Bankruptcy Rule 9013-2(a)(2), the Motion shall be deemed uncontested and the Court may, in its discretion, grant the requested relief.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with District of New Jersey Local Bankruptcy Rule 9013-3, unless timely objections are filed and served upon the appropriate parties, the applicant submits to disposition on the papers.

               **WILENTZ, GOLDMAN & SPITZER, P.A.**
               *Attorneys for Debtor, Dukat, LLC*

                */s/ David H. Stein*
             By:_____
               DAVID H. STEIN, ESQ.

Dated: September 23, 2021

#12604620.1 172932/001