| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**WILENTZ, GOLDMAN & SPITZER, P.A.**<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge, NJ  07095<br>732-636-8000<br>DAVID H. STEIN, ESQ.<br>*Attorneys for Debtor* | |
| In Re:<br><br>**DUKAT, LLC,**<br><br>　　　　　*Debtor.* | Case No.:  21-14934 (KCF)<br><br>Chapter 11 (Subchapter V)<br><br>Judge: Hon. Kathryn C. Ferguson<br><br>Hearing date:  October 26, 2021<br>　　　　　　　　at 10:00 a.m. |

**CERTIFICATION OF DAVID H. STEIN IN SUPPORT OF DEBTOR'S MOTION TO ESTIMATE AND/OR FIX CLAIM OF TARVISIUM HOLDINGS, LLC AND 45N12E, LLC PURSUANT TO 11 U.S.C. § 502(c)(1) AND FED. R. BANKR. P. 3018 (a)**

DAVID H. STEIN, of full age, pursuant to 28 U.S.C. § 1746, hereby certifies and declares as follows:

1. I am an attorney at law in the State of New Jersey and a member of the law firm of Wilentz, Goldman & Spitzer, P.A., counsel for Dukat, LLC, the chapter 11 debtor. I submit this Certification in support of the Debtor's Motion to Estimate and/or Fix the Claim of Tarvisium Holdings, LLC and 45N12E, LLC pursuant to 11 U.S.C. § 502(c)(1) and Fed. R. Bankr. P. 3018(a) (the "Motion").

2. Annexed hereto as **Exhibit "A"** is a copy of the Proof of Claim filed by Tarvisium Holdings, LLC and 45N12E, LLC dated August 24, 2021 and listed on the Court's claim's register maintained for the Debtor as unsecured claim #10-1.

3. Annexed hereto as **Exhibit "B"** is a copy of the proposed Amended Adversary Complaint filed again Tarvisium Holdings, LLC, 45N12E, LLC and related

#12599385.1 172932/001

parties that has been filed with the Court and pending pursuant to a Motion to Amend Complaint.

I hereby certify that pursuant to 28 U.S.C. § 1746, under penalty of perjury that the foregoing is true and correct.

Dated: September 23, 2021

*/s/ David H. Stein*
_____
DAVID H. STEIN

2

#12599385.1 172932/001