UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey  07095-0958
(732) 636-8000
DAVID H. STEIN, ESQ.
*Attorneys for Debtor*

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| DUKAT, LLC, LLC, | Case No.: 21-14934 (KCF) |
| Debtor. | Hon. Kathryn C. Ferguson |
| | Hearing date:  October 26, 2021 at 10:00 a.m. |

**ORDER ESTIMATING AND/OR FIXING THE CLAIM OF TARVISIUM HOLDINGS, LLC AND 45N12E, LLC PURSUANT TO 11 U.S.C. § 502(c)(1) AND FED. R. BANKR. P 3018 (a)**

The relief set forth on the following pages numbered two (2) is hereby **ORDERED**.

#12604819.1 172932/001

Page 2
Debtors:        Dukat, LLC
Case No. :      21-14934 (KCF)
Caption of Order:  ORDER ESTIMATING AND/OR FIXING THE CLAIM OF TARVISIUM
                   HOLDINGS, LLC AND 45N12E, LLC PURSUANT TO 11 U.S.C. § 502(c)(1)
                   AND FED. R. BANKR. P 3018 (a)

---

This matter having been brought before the Court upon the motion of Dukat, LLC, by and through its counsel, Wilentz, Goldman & Spitzer, P.A., for entry of an Order Estimating and/or Fixing the Claim of Tarvisium Holdings, LLC and 45N12E, LLC pursuant to 11 U.S.C. § 502(c)(1) and Fed. R. Bankr. P. 3018(a) (the "Motion"); and all interested parties having been duly served; and the Court having considered the moving papers submitted, together with the opposition thereto and arguments of counsel, if any; and for good cause shown, it is hereby

**ORDERED:**

1.  The Debtor's Motion is hereby GRANTED;

2.  Pursuant to 11 U.S.C. § 502(c)(1) and Fed. R. Bankr. P 3018 (a), the Proof of Claim filed by Tarvisium Holdings, LLC and 45N12E, LLC dated August 24, 2021 and listed on the Court's claim's register maintained for the Debtor as unsecured claim #10-1 is hereby estimated and/or fixed at zero ($ -0-) for confirmation and voting purposes; and

3.  This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

[END OF ORDER]

#12604819.1 172932/001