**WILENTZ, GOLDMAN & SPITZER P.A.**
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey  07095
(732) 636-8000
DAVID H. STEIN, ESQ.
*Attorneys for Debtor, Dukat, LLC*

| | |
|---|---|
| In re:<br><br>DUKAT, LLC,<br><br>                    Debtor. | **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>Chapter 11<br><br>Case No.: 21-14934 (KCF) |

## CERTIFICATION OF SERVICE

1. I, DAVID H. STEIN, ESQ.:

   ☒ am a Shareholder of Wilentz, Goldman & Spitzer, P.A., attorneys for the Debtor, Dukat, LLC in the above-captioned matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On October 19, 2021, I caused to be sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   1. Memorandum of Law in Opposition to Motion for Relief from the Automatic Stay Filed by Tarvisium Holdings, LLC and 45N12E, LLC; and
   2. Certification of Elliott Kattan in Opposition to Motion for Relief from the Automatic Stay Filed by Tarvisium Holdings, LLC and 45N12E, LLC.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: October 19, 2021

*/s/ David H. Stein*
_____
David H. Stein, Esq.

#12678924.1 172932/001

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Seth M. Rosenstein, Esq.<br>Anthony J. D'Artiglio, Esq.<br>Joshua S. Bauchner, Esq.<br>Ansell Grimm & Aaron, P.C.<br>365 Rifle Camp Road<br>Woodland Park, NJ  07424 | Attorneys for Tarvisium Holdings, LLC and 45N12E, LLC | ☐ Overnight Mail<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| David Edelberg, Esq.<br>Scarinci, Hollenbeck, LLC\<br>1100 Valley Brook Avenue<br>Lyndhurst, NJ  07071 | Attorneys for 36Lower, Inc. | ☐ Overnight Mail<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Daniel M. Stolz, Esq.<br>Genova Burns, LLC<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ  07920 | Attorneys for Interested Parties Elliott Kattand and Mourad "Mitch" Kattan | ☐ Overnight Mail<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Mark Politan<br>Politan Law, LLC<br>88 East Main Street #502<br>Mendham, NJ  07945 | Subchapter V Trustee | ☐ Overnight Mail<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

| | | |
|---|---|---|
| Margaret McGee, Esq.<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | U.S. Trustee | ☐ Overnight Mail<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Joshua S. Bauchner on behalf of 3rd Party Plaintiff 45N12E, LLC<br>jb@ansellgrimm.com,<br>courtfilings@ansellgrimm.com;ajd@ansellgrimm.com<br><br>Joshua S. Bauchner on behalf of 3rd Party Plaintiff Tarvisium Holdings, LLC<br>jb@ansellgrimm.com,<br>courtfilings@ansellgrimm.com;ajd@ansellgrimm.com<br><br>Joshua S. Bauchner on behalf of Creditor 45N12E, LLC<br>jb@ansellgrimm.com,<br>courtfilings@ansellgrimm.com;ajd@ansellgrimm.com<br><br>Joshua S. Bauchner on behalf of Creditor Tarvisium Holdings, LLC<br>jb@ansellgrimm.com,<br>courtfilings@ansellgrimm.com;ajd@ansellgrimm.com<br><br>Joshua S. Bauchner on behalf of Defendant 45N12E, LLC<br>jb@ansellgrimm.com,<br>courtfilings@ansellgrimm.com;ajd@ansellgrimm.com<br><br>Joshua S. Bauchner on behalf of Defendant Tarvisium Holdings, LLC<br>jb@ansellgrimm.com,<br>courtfilings@ansellgrimm.com;ajd@ansellgrimm.com | Debtor | ☐ Overnight Mail<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

3

Anthony J D'Artiglio on behalf of 3rd Party Plaintiff 45N12E, LLC
ajd@ansellgrimm.com,
courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio on behalf of 3rd Party Plaintiff Tarvisium Holdings, LLC
ajd@ansellgrimm.com,
courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio on behalf of Creditor 45N12E, LLC
ajd@ansellgrimm.com,
courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio on behalf of Creditor Tarvisium Holdings, LLC
ajd@ansellgrimm.com,
courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio on behalf of Defendant 45N12E, LLC
ajd@ansellgrimm.com,
courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anthony J D'Artiglio on behalf of Defendant Tarvisium Holdings, LLC
ajd@ansellgrimm.com,
courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Ronald L. Daugherty on behalf of Creditor Interline Brands Inc. dba Hardware Express
rdaugherty@srstlaw.com

David Edelberg on behalf of 3rd Pty Defendant 36Lower, Inc.
dedelberg@sh-law.com,
edelbergdr82964@notify.bestcase.com

David Edelberg on behalf of 3rd Pty Defendant Ben Schwartz
dedelberg@sh-law.com,
edelbergdr82964@notify.bestcase.com

4

| | | |
|---|---|---|
| David Edelberg on behalf of Creditor 36Lower, Inc.<br>dedelberg@sh-law.com,<br>edelbergdr82964@notify.bestcase.com<br><br>David Edelberg on behalf of Creditor Brian Schwartz<br>dedelberg@sh-law.com,<br>edelbergdr82964@notify.bestcase.com<br><br>Margaret Mcgee on behalf of U.S. Trustee U.S. Trustee<br>maggie.mcgee@usdoj.gov<br><br>Mark Politan<br>mpolitan@politanlaw.com<br><br>Mark Politan on behalf of Trustee Mark Politan<br>mpolitan@politanlaw.com<br><br>Seth Michael Rosenstein on behalf of 3rd Party Plaintiff 45N12E, LLC<br>smr@ansellgrimm.com,<br>courtfilings@ansellgrimm.com;DeborahKB@ansellgrimm.com<br><br>Seth Michael Rosenstein on behalf of 3rd Party Plaintiff Tarvisium Holdings, LLC<br>smr@ansellgrimm.com,<br>courtfilings@ansellgrimm.com;DeborahKB@ansellgrimm.com<br><br>Seth Michael Rosenstein on behalf of Creditor 45N12E, LLC<br>smr@ansellgrimm.com,<br>courtfilings@ansellgrimm.com;DeborahKB@ansellgrimm.com<br><br>Seth Michael Rosenstein on behalf of Creditor Tarvisium Holdings, LLC<br>smr@ansellgrimm.com,<br>courtfilings@ansellgrimm.com;DeborahKB@ansellgrimm.com<br><br>Seth Michael Rosenstein on behalf of Defendant 45N12E, LLC<br>smr@ansellgrimm.com,<br>courtfilings@ansellgrimm.com;DeborahKB@ansellgrimm.com | | |

| | | |
|---|---|---|
| Seth Michael Rosenstein on behalf of Defendant Tarvisium Holdings, LLC<br>smr@ansellgrimm.com, courtfilings@ansellgrimm.com;DeborahKB@ansellgrimm.com<br><br>David H. Stein on behalf of Debtor Dukat, LLC<br>dstein@wilentz.com, ciarkowski@wilentz.com<br><br>David H. Stein on behalf of Plaintiff Dukat, LLC<br>dstein@wilentz.com, ciarkowski@wilentz.com<br><br>Daniel Stolz on behalf of 3rd Pty Defendant Elliott Kattan<br>dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com<br><br>Daniel Stolz on behalf of 3rd Pty Defendant Mourad "Mitch" Kattan<br>dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com<br><br>Daniel Stolz on behalf of Interested Party Elliott Kattan<br>dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com<br><br>Daniel Stolz on behalf of Interested Party Mourad "Mitch" Kattan<br>dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com<br><br>U.S. Trustee<br>USTPRegion03.NE.ECF@usdoj.gov | | |