**WILENTZ, GOLDMAN & SPITZER, P.A.**
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ 07095-0958
(732) 636-8000
*Attorneys for Dukat, LLC,*
*a Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>DUKAT, LLC,<br><br>　　　　　Debtor. | Case No.: 21-14934 (KCF)<br><br>Hon. Kathryn C. Ferguson<br><br>Chapter 11<br><br>(Small Business Subchapter V) |

**SUPPLEMENT TO DEBTOR'S SMALL BUSINESS**
**CHAPTER 11 PLAN OF REORGANIZATION**

On September 16, 2021, Dukat, LLC (the "Debtor") filed a Small Business Chapter 11 Plan of Reorganization (the "Plan") with the United States Bankruptcy Court for the District of New Jersey [Bankruptcy Docket No. 46] and reserved the right to file a Plan Supplement on or before confirmation of such Plan.

**PLEASE TAKE NOTICE** that, in accordance with Section 2.4 of the Plan, the Debtor hereby files the following Plan Supplement:

　　　　**2.4**　　**Treatment of Executory Contracts and Unexpired Leases.**

Executory Contracts are contracts where significant performance of the contract remains for both the Debtor and another party to the contract. Debtor has the right to reject, assume (i.e., accept), or assume and assign these types of contracts to another party, subject to the Bankruptcy Court's approval. The paragraphs below explain Debtor's intentions regarding its Executory Contracts (which includes its unexpired leases) and the impact such intentions would have on the other parties to the contracts.

#12714745.1

**[XX] REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES.**

**ALL EXECUTORY CONTRACTS EXISTING AS OF THE PETITION DATE (JUNE 16, 2021) SHALL BE DEEMED REJECTED BY THE DEBTOR. FURTHER, DEBTOR HAS CONCLUSIVELY DEEMED TO HAVE REJECTED ALL EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES NOT EXPRESSLY ASSUMED BEFORE THE DATE OF THE ORDER CONFIRMING THE PLAN.**

**REJECTION MEANS THAT THE DEBTOR HAS ELECTED NOT TO CONTINUE TO PERFORM THE OBLIGATIONS UNDER SUCH CONTRACTS OR LEASES. IF THE DEBTOR HAS ELECTED TO REJECT A CONTRACT OR LEASE, THE OTHER PARTY TO THE CONTRACT OR LEASE WILL BE TREATED AS AN UNSECURED CREDITOR HOLDING A CLAIM THAT AROSE BEFORE THE BANKRUPTCY WAS FILED.**

**ANY CLAIM BASED ON THE REJECTION OF AN EXECUTORY CONTRACT WILL BE BARRED IF THE PROOF OF CLAIM IS NOT TIMELY FILED ON OR BEFORE THE CONFIRMATION DATE, CURRENTLY SCHEDULED FOR DECEMBER 15, 2021, UNLESS THE BANKRUPTCY COURT ORDERS OTHERWISE.**

Dated:  November 4, 2021

                                          **DUKAT, LLC,**
                                          *Debtor and Debtor-in-Possession*

                                           */s/ Elliott Kattan*
                                 By:_____
                                          Elliott Kattan,
                                          Managing Member

## SERVICE LIST

*Class 1 Creditors*

Amazon Capital Services, Inc.
410 Terry Ave N
Seattle, WA  98109

Jensen-Byrd Company, LLC
d/b/a Jensen Distribution Services
W. 310-324 Riverside Avenue
P.O. Box 3708
Spokane, WA 99220

Elliott Kattan
28 Old Farm Road
Oakhurst, NJ 07755

Andrew Weber, Esq.
Law Office of Andrew Weber, Esq.
24 Jazz Way
Mt. Laurel, NJ  08054
*Attorney for Elliott Kattan*

*Class 2A Creditors*

305 Clearview Limited Partnership
c/o Summit Associates
Raritan Plaza 1
Raritan Center
Edison, NJ 08837

ACI Worldwide Corp.
6060 Coventry Drive
Elkhorn, NE 68022

Aegis Law
601 S. Lindbergh Blvd.
Frontenac, MO 63131

Amazon Web Services
410 Terry Ave North
Seattle, WA 98109-5210

Balboa Digital Inc.
4195 Chino Hills Parkway #350
Chino Hills, CA 91709

Bayshore Solutions Marketing
600 N Westshore Blvd., #700
Tampa, FL 33609

Bradley Caldwell, Inc.
200 Kiwanis Blvd.
Hazleton, PA 18201

Bryan Cave Leighton Paisner LLP
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105-2122

Certona Corp. dba Kibo Software
10431 Wateridge Circle
Suite 200
San Diego, CA 92121

Conectys
1 Preciziel, District 6
Bucharist, Romania

Dayton Freight Lines
P.O. Box 340
Vandalia, OH 45377

Educators Resource
2575 Schillinger Road N
Semmes, AL 36575

Elizabethtown Gas
P.O. Box 6031
Bellmawr, NJ 08099

Federal Express
80 Raritan Center Parkway
Edison, NJ 08837

Fusion Connect
210 Interstate North Parkway
Suite 200
Atlanta, GA 30339

#12714745.1

Green Supply Inc.
3059 Audrain Road 581
Vandalia, MO 63382

Interline Brands, Inc.
dba Hardware Express
P.O. Box 404295
Atlanta, GA 30384-4295

LJM Consultants
P.O. Box 262
West Islip, NY 11795-0262

Matson Driscoll & Damico LLP
11 The Pines Court
Suite E
Saint Louis, MO 63141

Old Dominion Freight Line
P.O. Box 415202
Boston, MA 02241-5202

Optimum
1111 Stewart Avenue
Bethpage, NY 11714

Orgill, Inc.
4100 S. Houston Levee Road
Collierville, TN 38017

Perimiter X
400 S. El Camino Real
Suite 1400
San Mateo, CA 94402

PSE&G
P.O. Box 14444
New Brunswick, NJ 08906

Rackspace Technology
1 Fanatical Place
City of Windcrest
San Antonio, TX 78218

Southeastern Freight Line
P.O. Box 100104
Columbia, SC 29202-3104

The Plum Tree Group
515 N. State Street, 14th Floor
Chicago, IL 60654

U.S. Small Business Administration
NJ District Office
Two Gateway Center, Suite 1002
Newark, NJ 07102

UNIFI/Select Nutrition
433 Oak Glen Road
Howell, NJ 07731

United Parcel Service
28013 Network Place
Chicago, IL 60673-1280

Waste Management
P.O. Box 13648
Philadelphia, PA 19101-3648

YRC Freight
P.O. Box 13573
Newark, NJ 07188-3573

Notice Parties:
Ronald L. Daugherty, Esq.
Salmon, Ricchezza, Singer & Turchi, LLP
1700 Market Street, Suite 3110
Philadelphia, PA  19103
*Attorneys for Interline Brands
dba Hardware Express*

David Edelberg, Esq.
Scarinci Hollenbeck, LLC
1100 Valley Brook Avenue
Lyndhurst, NJ  07071
*Attorneys for 36Lower, Inc.*

#12714745.1

Additional Proof of Claim Notices:
Euler Hermes N.A. as Agent
for Green Supply, Inc.
800 Red Brook Blvd., #400C
Owings Mills, MD  21117

LJM Group
312 Conklin Street
Farmingdale, NY  11735

Andrew Sklar, Esq.
Sklar Law LLC
20 Brace Road, Suite 205
Cherry Hill, NJ  08034
*Attorney for Old Dominion Freight*

Ronald L. Daugherty, Esq.
Salmon, Ricchezza, Singer & Turchi, LLP
123 Egg Harbor Road, Suite 406
Sewell, NJ  08080
*Attorneys for Interline Brands
dba Hardware Express*

FedEx Corporate Services Inc. as
Assignee of FedEx
3965 Airways Blvd., Module G, 3rd Floor
Memphis, TN  38116

Adobe Magento
3900 Adobe Way
Lehi, UT  84043

United Parcel Service Inc. and its affiliates
c/o Morrison & Foerster LLP
ATTN: Jennifer Marines
250 W. 55th Street
New York, NY  10019

U.S. Small Business Administration
200 W. Santa Ana Blvd., Suite 740
Santa Ana, CA  92701
Attn: Garrett Lenox, Paralegal Specialist

*Class 2B Creditors*
45 N12E, LLC
c/o Rouse Frets While Goss Gentile Rhode
5250 W. 116th Place, Suite 400
Leawood, KS 66211

Tarvisium Holdings, LLC
c/o Rouse Frets White Goss Gentile Rhode
5250 W. 116th Place, Suite 400
Leawood, KS 66211

Seth M. Rosenstein, Esq.
Anthony J. D'Artiglio, Esq.
Joshua S. Bauchner, Esq.
Ansell Grimm & Aaron, P.C.
365 Rifle Camp Road
Woodland Park, NJ  07424

*Class 4 Equity Holders*
Elliott Kattan
28 Old Farm Road
Oakhurst, NJ 07755

Mourad Kattan
28 Old Farm Road
Oakhurst, NJ 07755

Andrew Weber, Esq.
Law Office of Andrew Weber, Esq.
24 Jazz Way
Mt. Laurel, NJ  08054

*Trustees*
Mark Politan, Esq.
Politan Law, LLC
88 East Main Street #502
Mendham, NJ  07945
*Subchapter V Trustee*

Margaret McGee, Esq.
Office of the US Trustee
One Newark Center, Suite 2100
Newark, NJ  07102

**Additional Notice Party:**

Daniel M. Stolz, Esq.
Genova Burns, LLC
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
*Attorneys for Elliott Kattan and*
*Mourad "Mitch" Kattan*

#12714745.1