Form tsntc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                          Case No.:  21−14934−KCF
                                          Chapter:  11
                                          Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Dukat, LLC
    dba BMK Online, LLC, dba Tech to
    Commerce
    901 West Park Avenue
    Unit 3
    OceanTwp., NJ 07712

Social Security No.:

Employer's Tax I.D. No.:
    61−1582052

## Notice That a Transcript Has Been Filed

       You are Noticed that a Transcript has been filed on 11/10/21. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: November 10, 2021
JAN:

                                                                                                             Jeanne Naughton
                                                                                                            Clerk