---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ  07095
(732) 636-8000
DAVID H. STEIN, ESQ.
Attorneys for Debtor

In Re:

DUKAT, LLC,

Debtor.

Case No.: 21-14934

Adv. Pro. No.: _____

Chapter: 11

Subchapter V: ☒ Yes  ☐ No

Hearing Date: 11/23/21

Judge: Ferguson

## ADJOURNMENT REQUEST

1. I, __David H. Stein, Esq.__,

   ☒ am the attorney for: __Dukat, LLC__,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion to Estimate and/or Fix Claim of Tarvisium Holdings and 45N12E

   Current hearing date and time: 11/23/21 at 10:00 a.m.

   New date requested: 12/15/21 at 2:00 p.m.

   Reason for adjournment request: To consolidate with other hearings scheduled for the same date.

2. Consent to adjournment:

   ☒ I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below):

   _____
   _____

I certify under penalty of perjury that the foregoing is true.

Date: November 17, 2021                    /s/ David H. Stein
                                           Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted              New hearing date: 12/15/2021 at 2:00 p.m.        ❑ Peremptory

❑ Granted over objection(s)    New hearing date: _____        ❑ Peremptory

❑ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*