**WILENTZ, GOLDMAN & SPITZER, P.A.**
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey 07095-0958
(732) 636-8000
DAVID H. STEIN, ESQ.
*Attorneys for Dukat, LLC,*
*Debtor and Debtor-In-Possession*

| | |
|---|---|
| In re:<br><br>DUKAT, LLC,<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Chapter 11 (Subchapter V)<br><br>Case No.: 21-14934 (KCF)<br><br>Hon. Kathryn C. Ferguson, U.S.B.J. |

## APPLICATION FOR AN ORDER SHORTENING TIME

The applicant, Wilentz, Goldman & Spitzer, P.A., on behalf of Dukat, LLC (the "Debtor"), chapter 11 Debtor and Debtor-in-Possession requests that the time period to/for Debtor's Motion for Entry of an Order Converting Case to Chapter 7 Under 11 U.S.C. § 1112(a) (the "Motion to Convert") be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested because:

    There are pending motions currently scheduled for December 15, 2021 at 2:00 p.m. in this matter, including a hearing on Confirmation of Debtor's Plan of Reorganization. As all interested parties will be present for these hearings at that time, and in the interests of judicial economy, it is requested that Debtor's Motion to Convert be heard at that time.

    In addition, Debtor previously filed an application for conversion on December 10, 2021, which was served upon all interested parties via ECF and upon the trustees via ECF and e-mail. Although said application is being procedurally

#12796282.1 172932/001

corrected through the filing of the within Motion to Convert, all interested parties have already received notice of Debtor's intention to convert.

2. State the hearing dates requested:

A hearing date of December 15, 2021 at 2:00 p.m. is requested.

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

Applicant requests entry of the proposed order shortening time.

Date: December 13, 2021

**WILENTZ GOLDMAN & SPITZER, P.A.**
*Attorneys for Debtor*

By: */s/ David H. Stein, Esq.*
_____
David H. Stein, Esq.